UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EZELL RONNIE CROWTHER,

Plaintiff,

v.

CARVANA,

Defendant.
______________________________/

Case No. 4:26-cv-12686

Hon. F. Kay Behm
United States District Judge

**ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE**

Plaintiff Ezell Ronnie Crowther, proceeding *pro se*, filed this action on August 4, 2026, without paying the filing fee or filing an application to proceed *in forma pauperis*. Accordingly, on the same day, the Court warned Crowther that "[i]f the filing fee is not received by the Clerk's Office or if an application to proceed *in forma pauperis* is not filed within fourteen calendar days of this notice, this case may be dismissed." ECF No. 4. The Notice required Crowther to correct the deficiency by August 18, 2026. *Id.* As of today's date, Crowther has not paid any part of the filing fee or applied to proceed *in forma pauperis*.

Pursuant to Federal Rule of Civil Procedure 41(b), a court has the authority to dismiss a case if "the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *see also Knoll v. AT&T*, 176 F.3d 359, 363 (6th Cir. 1999) ("This measure is available to the district court as a tool to effect 'management of its docket and avoidance of unnecessary burdens on the tax-supported courts [and] opposing parties.'"). "When contemplating dismissal under Rule 41(b), a court must consider: (1) whether the party's failure to cooperate is due to willfulness, bad faith, or fault; (2) whether the adversary was prejudiced by the dilatory conduct of the party; (3) whether the dismissed party was warned that failure to cooperate could lead to dismissal; and (4) whether less drastic sanctions were imposed or considered before dismissal was ordered." *Stough v. Mayville Cmty Sch.*, 138 F.3d 612, 615 (6th Cir. 1998). Courts in this district have found that failure to pay a filing fee within a court-imposed deadline rises to the level of "bad faith or contumacious conduct" and merits dismissal under Fed. R. Civ. P. 41(b). *See Jolly v. Sniscak*, No. 22-10534, 2022 WL 1547837, at *1 (E.D. Mich. May 16, 2022) (concluding that a plaintiff's failure to comply with a court's order to submit a

properly supported motion to proceed *in forma pauperis* [] or pay the filing fee within twenty days "constitute[d] bad faith or contumacious conduct and justifie[d] dismissal." (citing *Steward v. City of Jackson, Tenn.*, 8 F. App'x 294, 296 (6th Cir. 2001))).

Here, the Court's August 4, 2026 Notice warned Crowther that failure to pay the required filing fee or submit an application to proceed *in forma pauperis* by the listed deadline could result in dismissal of the underlying action. ECF No. 4. Since that Notice was filed, Crowther has not paid the filing fee or applied to proceed *in forma pauperis*. As such, this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge