UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EZELL RONNIE CROWTHER,

Plaintiff,

v.

CARVANA,

Defendant.
_______________________________/

Case No. 4:26-cv-12686

Hon. F. Kay Behm
United States District Judge

# JUDGMENT

In accordance with the Opinion and Order issued on August 26, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge